Cumberland Valley Railroad Co., Appellant, *v.* Harrisburg and Mechanicsburg Electric Railway Co. et al.

PER CURIAM, January 18, 1897:

For reasons given in the per curiam order filed this 18th day of January, 1897, in No. 151, January term, 1896 (177 Pa. 155), Northern Central Railway Co. against same defendants, it is now ordered that the words following, be added to our decree in this case, viz:

"It is also ordered that the record be remitted to the court below for further proceedings in accordance with the opinion of this court."